Myers *v.* Myers, Appellant.

Argued March 18, 1974. *Norman L. Haase,* with him *Hinkson & Brennan,*

910

for appellant; *Paul D. Nelson,* with him *John T. Mulligan,* for appellee.

Order affirmed.